**Arnold E. CAVE, Petitioner,**

**v.**

**DEPARTMENT OF the TREASURY, Respondent.**

**No. 2011–3230.**

United States Court of Appeals, Federal Circuit.

Oct. 27, 2011.

## ON MOTION

### ORDER

Arnold E. Cave moves to withdraw his petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

**WELD RACING, LLC, Plaintiff–Appellant,**

**v.**

**ULTRA WHEEL COMPANY, INC., Defendant–Appellee.**

**No. 2011–1493.**

United States Court of Appeals, Federal Circuit.

Oct. 31, 2011.

## ON MOTION

### ORDER

The parties jointly move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2011–1493 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.